IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARQUISE T. STATEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-021 |
| | ) | |
| TELFAIR STATE PRISON; | ) | |
| JERMAINE WHITE, Warden; | ) | |
| MISTY WINTER, Unit Manager Medical; | ) | |
| and KAREN THOMAS, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of May, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE