AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MARQUISE T. STATEN,

      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

      **V.**

CASE NUMBER:  CV 323-021

TELFAIR STATE PRISON; JERMAINE WHITE,
Warden; MISTY WINTER, Unit Manager Medical; and
KAREN THOMAS, Unit Manager,

      Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated May 17, 2023, the Magistrate Judge's Report and Recommendation

is adopted as the Court's opinion; therefore, this case is dismissed case without prejudice and this

case stands closed.



05/17/2023
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

*Jamie Sabalza* (signature)
_____
*(By) Deputy Clerk*

GAS Rev 10/2020